**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice*)
Jordana R. Sternberg (*pro hac vice* forthcoming)
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

        Plaintiffs,

v.

APPFOLIO, INC., a California corporation,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  **3:25-cv-10670-AMO**

**DECLARATION OF MICHAEL BROWN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE**

CASE NO. 3:25-cv-10670

DECLARATION OF MICHAEL BROWN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE

## DECLARATION OF MICHAEL BROWN

I, Michael Brown, declare as follows:

1.    I am the CEO of Big Beagle, Inc. (together with other Plaintiff entities, "Beagle" or "Plaintiffs").  I have personal knowledge of the facts surrounding the present action and Beagle's business, and all facts stated herein, unless otherwise stated on information and belief.  If called upon to testify, I could and would competently do so under oath as to the truth of the matters stated herein.

**A.  Northern California is the Right Place for this Court Case.**

2.    Corgi Insurance Services, Inc. ("Corgi") is the parent company parent corporation of Beagle Labs, Inc., Big Beagle, Inc., and Beagle Technologies, Inc.  Corgi is based in San Francisco.

3.    The founders of Corgi are critical witnesses with firsthand knowledge of important facts, including product development, customer relationships, the business model of the Beagle brand companies, and the commercial and business relationship between Corgi, and the Beagle brand companies, and AppFolio.

4.    Beagle's biggest customer is in the San Francisco Bay Area and uses AppFolio.  They would be an important witness in this case.  Beagle has more customers in Northern California than in Southern California.  Beagle has over 3,000 active product enrollments in Northern California that use AppFolio.  Beagle was based in San Francisco for much of the relevant time period, but has recently relocated to Utah.  Attached as **Exhibit A** is a copy of Beagle's careers webpage, which lists job postings with San Francisco locations.  The link is available here: https://www.joinbeagle.com/careers.  Beagle does still hire in San Francisco.

**B.  AppFolio is Making the Status Quo Worse Despite Their Agreement to Preserve It.**

5.    It is my understanding that AppFolio represented to this Court that they would maintain the status quo until at least December 22, 2022.

6.    AppFolio did not block Beagle's domain yet, as far as we can tell, however, the mass messaging about their intent to do so via email and through banners in their app is causing havoc to our business.  We received at least one message this week that AppFolio is still showing the banner saying that Beagle will be blocked to customers.  On Thursday, December 18, 2025, for instance, a customer said "Hey Beagle team, We saw you lost access 2 days ago to our AppFolio . . ."  Attached as **Exhibit B** is a copy of

CASE NO. 3:25-cv-10670

this message and a screenshot of the banner that the customer took today and sent to us, as well as another message we received this morning stating "we have opted not to continue with beagle. This comes from the emails we have received from AppFolio[.]".

7.     It appears the banner has not changed at all. It still says that AppFolio will ban Beagle on December 16, 2022, this past Tuesday, the original date AppFolio threatened to ban Beagle. This means that our customers think Beagle has already been banned earlier this week—they have no idea that AppFolio agreed not to change the status quo.

8.     Just this morning, on December 19, 2025, a newsletter went out to tens of thousands of property managers about the dispute. In that newsletter, it stated that AppFolio responded to a request for comment by forwarding its prior mass email that, just like the banner that is still up, says Beagle was banned on December 16, 2025, earlier this week. Attached as **Exhibit C** is a copy of the letter AppFolio forwarded. Attached as **Exhibit D** is the newsletter at issue. The newsletter is available at this link: https://peter.beehiiv.com/p/peter-lohmann-s-newsletter-issue-170.

9.     The status quo of this dispute was before December 9, 2025, or the date when we believe this banner went up and AppFolio began messaging to the market en masse that it would deplatform Beagle.

10.     Because AppFolio has not issued any corrective statements and continues to represent that it will ban Beagle—indeed that it already did as of December 16, 2025, according to this banner, the status quo is not preserved. AppFolio's threat to ban Beagle was never part of the status quo.

11.     Between Big Beagle, Inc. and Beagle Labs, Inc., Beagle has already lost over $500,000 in annual recurring revenue based on this. This revenue accounts for over 6,000 "doors," which is a metric we use to identify the amount of rental doors that are signed up with Beagle.

12.     Unless AppFolio retracts or corrects its prior statement, the status quo that existed before AppFolio threatened to deplatform Beagle cannot be preserved. The fact that AppFolio kept the banner up that said Beagle would be deplatformed this past Tuesday, December 16, 2025 is actually **worse** than even the situation before Tuesday, December 16, 2025. Before December 16, 2025, our customers saw AppFolio's messaging, but the date had not occurred. So there was at least something in the future we could try to correct the record about and explain to customers that AppFolio's statements about Beagle were false. Now, the messaging from AppFolio makes customers think we have already been banned days

CASE NO. 3:25-cv-10670

DECLARATION OF MICHAEL BROWN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE

ago. I believe in effect AppFolio's failure to correct or retract its prior statements has made the status quo much worse for Beagle.

13.    We also have discovered that AppFolio sent another message on December 15, 2025, on Monday, at 9:11am PT, telling customers that it would deplatform Beagle on December 16, 2025. Although this was sent before the commitment AppFolio made to preserve the status quo later in the day on December 16 at the Court's status conference, the message primed customers to think Beagle would be banned the next day. Attached as **Exhibit E** is a copy of this message.

14.    As far as we know, there has been no alteration to this messaging, and now our customers have every reason to believe Beagle has already been banned, based on AppFolio's messaging. Even when we attempt to communicate with our customers, they are faced with competing messaging from AppFolio. In another message we received on December 18, 2025, a customer said "Appfolio said that Beagle is not an approved vendor and that we should not be partnering due to not meeting compliance requirements." Attached as **Exhibit F** is a copy of this message.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. This declaration was executed on this 19th day of December 2025 in Salt Lake City, Utah.

_____

Michael Brown

DECLARATION OF MICHAEL BROWN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE

# EXHIBIT A



Home | Waiver Programs | Resident Kit | AI Tools | Company ⌄ | Login | Book a Demo

**Careers**

# Reshape the Future of Property Tech

We're on a mission to revolutionize property management tech. Join us in making a real difference here in San Francisco.

View Roles



# Join Us

Help Beagle shape the future of property management tech.

All Roles | Engineering | Product | Sales

## Senior Software Engineer          $100k - $180k          San Francisco          Apply

| Account Executive | $100k - $120k | San Francisco | Apply |
| GoLang Full-Stack Developer | $120k - $200k | San Francisco | Apply |
| Founding Product Manager | $100k - $180k | San Francisco | Apply |



**beagle**

Autopilot for Renters Insurance
Compliance

473 Pine St Floor 5
San Francisco, CA 94104

support@beagleforpm.com

**Product**

Features

Resident Kit

Waiver Programs

FAQ

**Company**

Careers

**Resources**

Blog

Book a Demo

Beagle vs. Second
Nature

Support

Nothing on this website is intended to act as a solicitation or offer for the purchase or sale of insurance in any state
where it is forbidden.

These benefits to Association members should not be construed as an offer to provide insurance or construed as
an insurance product in any state where where it would be prohibited by law.

Member benefits are not available to residents; they can only be accessed by landlord Association members.

© 2025 Beagle. All rights reserved.

Privacy
Policy

Terms
of
Service

# EXHIBIT B





**Walt Boxwell**                                                      View Walt's Profile    9:39 AM (0 minutes ago)    ☆    ↩    ⋮
to me ▾

Log email to HubSpot ▾

---------- Forwarded message ----------
From: ▮▮▮▮▮▮▮▮▮▮▮
Date: Thu, Dec 18, 2025 at 9:37 AM
Subject: Re: Attention Required: Beagle Access to Your Account
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Walt Boxwell <walt@beagleforpm.com>, drew@beagleforpm.com <drew@beagleforpm.com>, Enzo Passariello <enzo@beagleforpm.com>, Jacob Lizarraga <jacob@beagleforpm.com>, ▮▮▮▮▮▮▮▮

Hey Beagle team,

We saw you lost access 2 days ago to our AppFolio and it seems Beagle has started a lawsuit against AppFolio. See email below. Does this impact operations and what are next steps, can we meet on this ASAP or do we need to start looking at offboarding options?

We'd like to keep working with you, even though it's been turbulent, we see the vision and done for you/flexible insurance compliance and enforcement is a great value. I don't particularly like the way AppFolio is a closed system. So let's work to figure this out. We are tech first in the way we do things, so we can help implement a plan.

Anyone available for a call this afternoon?

Thank you,



---------- Forwarded message ---------
From: ███████████████████████████████████████████
Date: Fri, Dec 19, 2025, 6:24 AM
Subject: Re: Beagle invoice for ███████████████████████████ Oct 1, 2025 - Oct 31, 2025
To: Beagle Billing <billing@beagleforpm.com>


I will honor this invoice - However, after a discussion with my legal team and team, we have opted not to continue with beagle.  This comes from the emails we have received from AppFolio and at this time we are not comfortable being in a position that just does not align with our goals and objectives. We are formally terminating our agreement with you - Effective immediately - as we start the new year. This serves as my notice to you and your company.


███████████████████████████████████

# EXHIBIT C

https://docs.google.com/document/d/...MGO5veXBvd2Zja5Urpt47v/edit?tab=0

AppFolio Letter Regarding Beagle
File   Edit   View   Tools   Help

Request edit access

**Provided to Peter Lohmann Media on 12/18/25:**

**Matthew Kaddatz**
Sr. Director, Subject Line: Attention Required: Beagle Access to Your Account

Hi [customer name],

We have received reports from several customers that Beagle – an insurance and resident services company – recently made false claims about AppFolio, representing themselves as an AppFolio partner in an attempt to win business and gain noncompliant access to customer accounts.  Beagle is not an AppFolio integration partner and we have no plans to partner with them in the future.

Third-party providers are an important part of our industry and we support multiple safe methods for you to work with them, including AppFolio Stack, Database API, and scheduled reports. All of our integration partners go through a rigorous vetting process to ensure they meet our standards and share in our commitment to provide a high-quality experience to you and your customers.

We value your ability to choose providers, but *the method* by which Beagle has chosen to operate their business places you at risk. By creating user accounts in your database, Beagle has the ability to:

- access the personally identifiable information of your residents
- issue payments through the AppFolio payments platform
- view and take action across your entire account database

In addition to the serious security risks this noncompliant access poses for you, your residents, and your customers, it also constitutes a breach of AppFolio's terms of service, which are in place both to protect your account and to safeguard AppFolio's intellectual property.

To keep our ecosystem safe, we cannot allow Beagle's noncompliant access. We have notified Beagle we are removing their access and outlined a path to provide you continued service that is compliant with our terms of service and does not create security risk. **To facilitate any transition for your business, we will allow them maintain access to your database (should you so choose) for 5 business days, until December 16, 2025, before removing those users.**

As your trusted technology partner, we work to protect the integrity of your data and provide integrated experiences that enable you to have stable, seamless user experiences. If we can provide any additional support, please contact our Customer Care team by clicking on Support from your AppFolio database and a dedicated representative would be happy to follow up.

# EXHIBIT D

https://peter.beehiiv.com/p/peter-lohmann-s-newsletter-issue-170

Peter Lohmann's Newsletter

Login    Subscribe

Peter Lohmann's Newsletter  >  Posts  >  Peter Lohmann's Newsletter - Issue #170

# Peter Lohmann's Newsletter - Issue #170

AppFolio and Beagle trade lawsuits. Jay Parsons reacts to WSJ coverage of rent control.

Peter Lohmann
December 19, 2025



*A no-fluff weekly publication for the property management industry.*

https://peter.beehiiv.com/p/peter-lohmann-s-newsletter-issue-170

This section is sponsored by **_Rentvine_**. Rentvine is the all-in-one platform for property managers who want clean accounting, connected workflows, and zero feature paywalls. This winter, get **3 months free + Apple AirPods** if you manage 150+ units and enroll in our screening services (terms apply). Don't miss the Winter Sale! **_Contact us today._**

## Industry News & Events

- **Beagle** (they provide renter's insurance compliance automation) sued **AppFolio** on Tuesday, claiming they acted anticompetitively in **_blocking Beagle's access_** to their platform. This comes in response to AppFolio's **_legal action_** against them and letter to their mutual customers last week. In the letter, AppFolio accused Beagle of making false claims about them and putting resident data at risk. In response to my requests for comment, AppFolio forwarded a copy of their **_letter to customers_** and Beagle provided **_this statement_**.

- Some interesting data on **late rent** in a **_new survey_** conducted by RentRedi and BiggerPockets.

- Love this **rent control rant** **_by Jay Parsons_**, using a new WSJ analysis of Minneapolis & St. Paul.

- The deadline to **_get tickets_** for **NARPM's 2026 Capitol Summit** is approaching fast.

- A few industry leaders & OGs have partnered up to launch **Property Management University**, a new **_education-focused platform_**.

# EXHIBIT E

**From:** AppFolio <updates@hello.appfolio.com>
**Date:** December 15, 2025 at 9:11:53AM PST
**To:** ▮▮▮▮▮▮▮▮▮
**Subject: Attention Required: Reminder of Beagle Access to Your Account**
**Reply-To:** updates@hello.appfolio.com

Hi

We are following up on an email we sent last week regarding the company Beagle - an insurance and resident services company – and their access to your account.

Beagle's noncompliant access introduces security risks for you, your residents and your customers. By creating user accounts in your database, Beagle has the ability to access personally identifiable information of your residents, issue payments through the AppFolio payments platform and take action across your entire account database.

**This is a reminder that in order to keep our ecosystem safe, we're removing their access to your account tomorrow, December 16, 2025.** Third-party providers are an important part of how you operate your business, and we're here to support that with several safe options, including scheduled reports.

If we can provide any additional support to you, please contact our Customer Care team by clicking on Support from your AppFolio database and a dedicated representative would be happy to follow up.

Sincerely,
AppFolio

# EXHIBIT F



---------- Forwarded message ---------
From: ███████████████████████████████████████
Date: Thu, Dec 18, 2025 at 8:47 AM
Subject: Re: Flyers - Beagle Marketing Material
To: Nithin <nithin@beagleforpm.com>
Cc: Bruno Arias <bruno@beagleforpm.com>, ████████████████████████████████████████
████████████████████████████

Good morning,

Both ████ and Appfolio said that Beagle is not an approved vendor and that we should not be partnering due to not meeting compliance requirements.

Thanks,

████████

**From:** Nithin <nithin@beagleforpm.com>
**Sent:** Wednesday, December 17, 2025 5:01 PM
**To:** ████████████████████████████████████
**Cc:** Bruno Arias <bruno@beagleforpm.com>; ████████████████████████████████
████████████████████████
**Subject:** Re: Flyers - Beagle Marketing Material

Hey ████████,

Has AppFolio notified you that Beagle is allowed soft-integration into AppFolio?

If not, what has AppFolio explicitly told you in regards to our integration in AppFolio that's causing you to question the legality of our partnership?

On Wed, Dec 17, 2025 at 3:56 PM ████████████████████████████████████████████ wrote:

> Bruno,
>
> I need to cancel my partnership with Beagle. Beagle is not an approved vendor with ████ and Appfolio. Can you please confirm the cancellation of our partnership? When Beagle is approved, we can revisit working together. Your assistance is greatly appreciated.
>
> Best,





**From:** Bruno Arias <bruno@beagleforpm.com>
**Sent:** Friday, December 12, 2025 4:47 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Flyers - Beagle Marketing Material

Hi ▮▮▮▮▮ ,

Regarding Appfolio permissions, I wasn't able to see specifically what Beagle's current permissions are.

However, you can check and adjust them via the following link:

[https://knowledge.appfolio.com/en/articles/6981263-manage-user-roles-and-permissions#h_c94fbae125].

I have attached a guide that details the necessary permissions we require for our partnership operations. All information that is not crucial to our work is excluded from this list, ensuring your peace of mind.

I want to assure you that even if we had broader permissions, we are committed to the security and integrity of our partnership, and all non-essential activities in your Appfolio account are off limits to us.

3

Please let me know if you have any questions.

--
Bruno A.
Account Manager
bruno@beagleforpm.com
(415) 985 1877


On Fri, Dec 12, 2025 at 1:19 PM Bruno Arias <bruno@beagleforpm.com> wrote:
Hi ▮▮▮▮▮ as promised in our call earlier today, here is the flyers that show what's included in your program.

For the Information regarding the Permissions in Appfolio I will be creating that today so that you can have more clarity on what we're able to do, we want to be fully transparent and give you as much confidence as possible in working alongside us as your partners.

Please let me know if you have any questions or concerns, I'm more than happy to help!

--
**Bruno A.**
Account Manager
bruno@beagleforpm.com
(415) 985 1877




--
**Bruno A.**
Account Manager
bruno@beagleforpm.com
(415) 985 1877




--
**Bruno A.**
Account Manager
bruno@beagleforpm.com
(415) 985 1877

