**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice*)
Jordana R. Sternberg (*pro hac vice* forthcoming)
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC., a California corporation,<br><br>　　　　Defendant. | CASE NO. **3:25-cv-10670-AMO**<br><br>**DECLARATION OF MARCELO BARROS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE** |

CASE NO. 3:25-cv-10670

DECLARATION OF MARCELO BARROS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE

**DECLARATION OF MARCELO BARROS**

I, Marcelos Barros, declare as follows:

1.    I am an attorney at law with the law firm Greenberg Traurig, LLP ("GT"), counsel of record for Plaintiffs in the above-captioned matter.  I make this declaration in support of Plaintiffs' Opposition to Motion to Transfer Venue.  Except where indicated on information and belief, the matters set forth herein are based upon my personal knowledge. If called as a witness, I could and would testify competently to the facts stated.

2.    On December 15, 2025, my colleague Michael Burshteyn and I attended the hearing in Santa Barbara County Superior Court on AppFolio's second application for a temporary restraining order against two Beagle entities.  Judge Geck denied AppFolio's TRO request.  During that hearing, AppFolio's counsel represented that AppFolio's TRO sought in state court was distinct from Plaintiffs' TRO  pending before this Court.

3.    **Exhibit A** is a true and correct copy of a webpage from AppFolio's careers site showing open roles for remote positions in San Francisco, California, available at https://jobs.jobvite.com/appfolio/jobs.  I accessed and captured this webpage on December 19, 2025.

4.    **Exhibit B** is a true and correct copy of a webpage from AppFolio's careers site showing information about AppFolio's Bay Area Remote Hub, available at https://www.appfolio.com/company/careers#Locations.  I accessed and captured this webpage on December 19, 2025.

5.    The statements above are true and correct to the best of my knowledge.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. This declaration was executed on this 19th day of December 2025 in Albany, California.

_/s Marcelo Barros_____

Marcelo Barros

CASE NO. 3:25-cv-10670

DECLARATION OF MARCELO BARROS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE

# EXHIBIT A

Products        Why AppFolio        Resources        Pricing                **Book a Free Demo**

# Make your move at AppFolio

Sign Up For Job Alerts

Showing only **Remote - San Francisco, CA**. View All

| | |
|---|---|
| **Director, Corporate Finance** | 5 Locations |
| **Mobile Software Engineer II** | 7 Locations |
| **Real-Time Data Engineer II** | 8 Locations |
| **Software Engineer II - Accounting** | 8 Locations |
| **Software Engineer II - Investment Manager** | 8 Locations |
| **Sr. Campaign Manager** | 8 Locations |
| **Sr. Deal Desk Manager** | 3 Locations |
| **Sr. Internal Audit Manager** | 4 Locations |
| **Sr. Machine Learning Engineer - Realm-X** | 9 Locations |
| **Sr. Product Manager** | 8 Locations |
| **Sr. Site Reliability Engineer - Observability** | 9 Locations |
| **Sr. Site Reliability Engineer - Observability** | 9 Locations |
| **Sr. Software Engineer - Data Query** | 8 Locations |
| **Sr. Software Engineer - Mixed Portfolio Foundation** | 9 Locations |
| **Sr. Software Engineer - Platform/CI** | 8 Locations |
| **Sr. Tax Manager** | 4 Locations |
| **Staff Data Science Engineer, Data Operations** | 5 Locations |
| **Staff Software Engineer - Communications** | 9 Locations |
| **Staff Software Engineer, Enterprise Data Integration** | 8 Locations |
| **SVP, Client Services** | 8 Locations |
| **Technical Product Manager - Developer Productivity** | 8 Locations |

1-21 of 21

powered by **JOBVITE**

# Learn more and stay connected



## Product

**PROPERTY MANAGEMENT**

Overview

Workflow Automation

Resident Experience

Accounting & Reporting

Marketing & Leasing

Maintenance

Communication & Service

Integrations & Partnerships

**MORE FROM APPFOLIO**

Investment Management

Realm-X AI

What's New

## Solutions

Single-Family

Multifamily

Student Housing

Affordable Housing

Community Associations

Commercial

Investment Management

## Pricing

Property Management

Investment Management

Book a Free Demo

Contact Us

## Our Company

Who We Are

Careers

Diversity & Inclusion

Investor Relations ↗

## Resources

Blog

Events

Newsroom

Contact Us

## Why AppFolio

Performance Method

Customer Experience

Customer Stories

Customer Trust

## Login

Property Manager Login

Investment Manager Login

Resident Portal Login

Owner Portal Login

Vendor Portal Login

Investor Portal Login

© 2025 AppFolio, Inc     Privacy Notice ↗     Do Not Sell or Share My Personal Information ↗

# EXHIBIT B

# Your Key to an Extraordinary Career

At AppFolio, we're a community of dreamers, big thinkers, problem solvers, active listeners, and multipliers.

We own our potential and inspire one another to do the most meaningful work of our careers.

Together, we have the power to transform our industry with a relentless drive to do better.

Search Open Roles





# What Makes Us AppFolio

### Grow

We enable a culture where big thinkers and problem solvers thrive. We recognize and reward AppFolians who deliver meaningful work and drive results, powering individual growth alongside company success.

### Learn

We invest in you from day one by empowering a community of active listeners and multipliers. Through coaching, mentorship, and dedicated time and tools for development, we cultivate a culture that is inspired and equipped to power the future of our industry.

### Impact

We innovate with purpose, connected by our values to be a force for good. The knowledge we gather from our customers, our communities, and each other inspires our relentless drive to do better.

Introducing Real Estate Performance Management. **Learn More.**                    Login        Contact Us

 appfolio

Products ⌄
Why AppFolio ⌄
Resources ⌄
Pricing

🔍        Book a Free Demo

## Living the AppFolian Way

The AppFolian Way is a promise all AppFolians make to each other about how we'll show up each day – for our teams, for our customers, and for ourselves.

Paddle as One

Customer Obsessed

Raise the Bar

Set the Pace

Deliver Results

About Us     **Locations**     Benefits     Inclusion     Interview Guide

We solve for our customers and our business above all.

We embrace change together and lead through uncertainty.

# Flexible Work, Collaborative Teams

We foster an inclusive and connected culture that fuels high performance, innovation, and collaboration, set up to support you in doing your best work no matter where you are. Most roles enjoy the flexibility to work from home when they need to, and in-person when it matters most. And all AppFolians get to experience our unique traditions and perks.

Wherever we are, we believe spending time together sparks innovation, drives customer success, and keeps us connected.

Search Open Roles



Office Hubs

Remote Hubs

## Remote Hubs

Whether it's through co-working in shared spaces, participating in team-building activities, or giving back with volunteer events, our Remote Hubs bring AppFolians together in meaningful ways. Located in five dynamic cities—Atlanta, the Bay Area, Chicago, Denver, and Washington, D.C.—these hubs are where current and future team members can collaborate, connect, and make a lasting impact.

  

 

Search Open Roles

# Benefits for Your Best Life

At AppFolio, our benefits support your whole self—across health, finances, and work-life balance—today and for the long term.



---

**Health and Wellness**                                                                 ⊕

---

**Financial Wellbeing**                                                                 ⊕

---

**Time Off and Leaves**                                                                 ⊕

---

**Beyond Benefits**                                                                     ⊕

→ Search Open Roles

# "We have an innovative product! We're progressive, creative, and very focused on helping our customers."

**Ashleigh Gallego**
Senior Manager, Sales, Santa Barbara, Joined in 2013

( → ) **Learn More About Why We're a Great Place to Work**

## Inclusion Sparks Innovation

We're committed to fostering diversity, inclusion, and equity at AppFolio because unique perspectives make us a stronger company.

**Our Commitment to a Diverse, Equitable, and Inclusive Workplace**


Benefits_for_Best_Life

# Creating a Brighter Future

AppFolio is actively working to improve access to affordable housing by partnering with Habitat for Humanity in a long-term effort to address the challenges faced by our customers and communities.

How We're Giving Back

PROPERTY MANAGEMENT

Overview

Workflow Automation

Resident Experience

Accounting & Reporting

Marketing & Leasing

Maintenance

Communication & Service

Integrations & Partnerships

MORE FROM APPFOLIO

Investment Management

Realm-X AI

What's New

**Solutions**

Single-Family

Multifamily

Student Housing

Affordable Housing

Community Associations

Commercial

Investment Management

**Pricing**

Property Management

Investment Management

**Our Company**

Who We Are

Careers

Diversity & Inclusion

Investor Relations ↗

**Resources**

Blog

Events

Newsroom

Contact Us

**Why AppFolio**

Performance Method

Customer Experience

Customer Stories

Customer Trust

**Login**

Property Manager Login

Investment Manager Login

Resident Portal Login

Owner Portal Login

Vendor Portal Login

Investor Portal Login

Book a Free Demo

Contact Us

© 2025 AppFolio, Inc

Privacy Notice ↗

Do Not Sell or Share My Personal Information ↗

